IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

NATHAN RONALD PAPPAS

        Defendant.

Case No. 3:26-cr-00049

**APPLICATION FOR WRIT
OF HABEAS CORPUS**

    The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee:   Nathan Ronald Pappas
Detained at (custodian) Salinas Valley State Prison, Soledad, California
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on <u>Wednesday, April 1, 2026 at 9:30 am_____</u>, for the purpose of Initial Appearance/Arraignment.

Attorney Signature:                /s/  Matthew P. Kopp_____
Printed Name and Telephone Number:   MATTHEW P. KOPP, 701-297-7400
Dated: March 20, 2026           Attorney of Record for the United States

### *WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

    The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

    Dated: 3/20/2026          */s/ Alice R. Senechal*_____
                         Magistrate Judge Alice R. Senechal
                         United States District Court

☐    Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____  By: _____  _____
Date Executed            Printed Name              Signature