Query Reports Utilities Help What's New Log Out

CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:26-mj-01584-DUTY All Defendants

Case title: USA v. Hilt

Date Filed: 03/19/2026

Date Terminated: 03/19/2026

---

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Darrel Suvell Hilt**
*TERMINATED: 03/19/2026*

represented by **Kyra Kristine Nickell**
Federal Public Defender's Office
321 East 2nd Street
Los Angeles, CA 90012
213-894-2854
Fax: 213-894-0081
Email: kyra_nickell@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2026 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Darrel Suvell Hilt, originating in the District of North Dakota. Defendant charged in violation of: 21:841(a)(1), (b)(1)(B)(viii), 846; 18:1956(h), 2. Signed by agent Zera Poirier, U.S. Postal Inspection Service, U.S. Postal Inspector. filed by Plaintiff USA. (ctr) (Entered: 03/23/2026) |
| 03/19/2026 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Darrel Suvell Hilt; defendants Year of Birth: 1971; date of arrest: 3/19/2026 (ctr) (Entered: 03/23/2026) |
| 03/19/2026 | 3 | Defendant Darrel Suvell Hilt arrested on warrant issued by the USDC District of North Dakota at Fargo. (Attachments: # 1 District of North Dakota)(ctr) (Entered: 03/23/2026) |
| 03/19/2026 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Stephanie S. Christensen as to Defendant Darrel Suvell Hilt. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Kyra Kristine Nickell for Darrel Suvell Hilt, Deputy Federal Public Defender, present. Court orders bail set as: Darrel Suvell Hilt (1) 5,000, SEE CONDITIONS ON BOND. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of North Dakota. Bond to Transfer. Defendant ordered to report as directed. Court Smart: 3/19/2026. (ctr) (Entered: 03/23/2026) |
| 03/19/2026 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Darrel Suvell Hilt. (Not for Public View pursuant to the E-Government Act of 2002) (ctr) (Entered: 03/23/2026) |
| 03/19/2026 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Darrel Suvell Hilt. (ctr) (Entered: 03/23/2026) |
| 03/19/2026 | 7 | DECLARATION RE: PASSPORT filed by Defendant Darrel Suvell Hilt, declaring that I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case. (ctr) (Entered: 03/23/2026) |
| 03/19/2026 | 8 | MEMORANDUM FOR RELEASE ORDER AUTHORIZATION filed by PSA Officer as to Defendant Darrel Suvell Hilt. Submitted in compliance with conditions as set |

| | | |
|---|---|---|
| | | forth. (ctr) (Entered: 03/23/2026) |
| 03/19/2026 | 9 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $5,000 by surety: Dajanae Hilt for Filed by Defendant Darrel Suvell Hilt (ctr) (Entered: 03/23/2026) |
| 03/19/2026 | 10 | SEALED UNREDACTED AFFIDAVIT OF SURETY (NO JUSTIFICATION) filed by Defendant Darrel Suvell Hilt re: Affidavit of Surety (No Justification)(CR-4) 9 (ctr) (Entered: 03/23/2026) |
| 03/19/2026 | 11 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Darrel Suvell Hilt conditions of release: SEE CONDITIONS ON BOND approved by Magistrate Judge Stephanie S. Christensen. (ctr) (Entered: 03/23/2026) |
| 03/19/2026 | 12 | WAIVER OF RIGHTS approved by Magistrate Judge Stephanie S. Christensen as to Defendant Darrel Suvell Hilt. (ctr) (Entered: 03/23/2026) |
| 03/19/2026 | | Notice to District of North Dakota of a Rule 5 or Rule 32 Initial Appearance as to Defendant Darrel Suvell Hilt. Your case number is: 3:26-cr-00049. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 7 Declaration re Passport (CR-37), 12 Waiver of Rights (Out-of-District)(M-14), 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,, 9 Affidavit of Surety (No Justification) (CR-4), 8 Memorandum by PSA Officer for Release Order Authorization, 6 Advisement of Defendant's Statutory & Constitutional Rights (CR-10), 11 Bond and Conditions (CR-1). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ctr) (Entered: 03/23/2026) |