**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| vs. | ) | **STAY RELEASE ORDER** |
| | ) | |
| | ) | Case No. 3:26-cr-49(2) |
| Felicia Ann Trotter, | ) | |
| | ) | |
| Defendant. | ) | |

The United States moves for a stay of release order pending review and appeal. Doc. 16. It requests a stay of the release order issued on March 25, 2026, by United States Magistrate Judge Allison Claire in the United States District Court for the Eastern District of California, pending further review under 18 U.S.C. § 3145(a)(1).

District courts possess broad discretion to review orders of magistrate judges in the context of pretrial detention matters. 28 U.S.C. § 3145(a)(1); see United States v. Maull, 773 F.3d 1479, 1481-82 (8th Cir. 1985) (en banc). This authority includes the ability to order a stay when one party seeks further review of a magistrate judge's release determination. See United States v. Brigham, 569 F.3d 220, 230 (5th Cir. 2009) (collecting cases in which district courts stayed pretrial release orders pending review). The motion to stay the release order (Doc. 16) is **GRANTED**. Judge Claire's release order shall be stayed until a final decision is made on the United States' appeal of the order. The Clerk of Court is directed to secure counsel for the Defendant, so she can respond to the appeal. A decision will be made on the appeal after full and complete review of the order, the facts, and the positions of the parties.

**IT IS SO ORDERED.**

Dated this 26th day of March, 2026.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court