AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

REC'D USMS-FARGO, ND
'26 MAR 13 AM8:46

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:26-cr-49 |
| Nathan Ronald Pappas | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Nathan Ronald PAPPAS                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance
Money Laundering Conspiracy

Date:   03/12/2026

/s/ Bre Solberg Luedtke
*Issuing officer's signature*

City and state:   Fargo, ND

Bre Solberg Luedtke
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/12/2026 , and the person was arrested on *(date)* 03/24/2026
at *(city and state)* Fargo, ND .

Date: 04/01/2026

_____
*Arresting officer's signature*

Caleb Williams, FBI Special Agent
*Printed name and title*