IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHAN RONALD PAPPAS,

Defendant.

Case No. 3:26-cr-049-1

**INFORMATION TO ESTABLISH PRIOR CONVICTION FOR ENHANCED SENTENCE UNDER 21 U.S.C. § 851**

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Matthew P. Kopp, Assistant United States Attorney, hereby gives notice that NATHAN RONALD PAPPAS is subject to an enhanced sentence under 21 U.S.C. § 841(b)(1)(A)(viii) based on his prior conviction for a serious violent felony, as defined in 21 U.S.C. § 802(59). The prior conviction is:

**Second Degree Murder – California Penal Code § 187(a)**

Case No. STK-CR-FE-2019-0004887, San Joaquin County Superior Court, California, judgment entered on or about October 13, 2020. See Exhibit 1.

This conviction became final before the commission of the offense charged in the Indictment and was punishable by a term of 10 years' imprisonment or more. Defendant has served a term of more than 12 months' imprisonment and was to be released from any term of imprisonment within 15 years of the commencement of the instant offense.

The Indictment alleges NATHAN RONALD PAPPAS knowingly and intentionally combined, conspired, confederated, and agreed together and with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount

of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

Under 21 U.S.C. § 841(b)(1)(A)(viii), Defendant faces a minimum of 10 years' imprisonment upon conviction. The statute further reads:

> If any person commits such a violation after a prior conviction for a . . . serious violent felony has become final, such person shall be sentenced to a term of imprisonment of not less than 15 years and not more than life imprisonment . . . , a fine not to exceed the greater of twice that authorized in accordance with the provisions of title 18 or $20,000,000 if the defendant is an individual or $75,000,000 if the defendant is other than an individual, or both. Notwithstanding section 3583 of title 18, any sentence under this subparagraph shall, . . . if there was such a prior conviction, impose a term of supervised release of at least 10 years in addition to such term of imprisonment.

The United States respectfully submits that upon conviction of the offense alleged in the Indictment, NATHAN RONALD PAPPAS is subject to a minimum of 15 years' imprisonment, a maximum of life imprisonment, a maximum fine of $20,000,000, and a minimum of 10 years' supervised release.

Dated:  April 1, 2026

NICHOLAS W. CHASE
United States Attorney

By:    */s/ Matthew P. Kopp*
MATTHEW P. KOPP
Assistant United States Attorney
ND Bar ID 09572
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
matthew.kopp@usdoj.gov
Attorney for United States

2