**ABSTRACT OF JUDGMENT—PRISON COMMITMENT—INDETERMINATE**
*(NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-292 ATTACHED)*    **CR-292**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: SAN JOAQUIN, STOCKTON | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: NATHAN RONALD PAPPAS AKA: CII NO.: 38020519 BOOKING NO.: 1906664    ☐ NOT PRESENT | DOB: 11/15/2000    STK-CR-2019-4887  -A | Filed **OCT 2 0 2020** BRANDON E. RILEY, CLERK By _Evelyn Casilla_ **DEPUTY** |
| | -B | |
| | -C | |
| ☐ COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT    ☐ AMENDED ABSTRACT | -D | |

| DATE OF HEARING 10/13/2020 | DEPT. NO. 8D | JUDGE CHARLOTTE ORCUTT | |
|---|---|---|---|
| CLERK M WILLIS | REPORTER KELLIE GAFF | PROBATION NO. OR PROBATION OFFICER 275549 | ☐ IMMEDIATE SENTENCING |
| COUNSEL FOR PEOPLE CAITLIN CASEY | | COUNSEL FOR DEFENDANT RALPH CINGCON | ✓ APPTD. |

1. Defendant was convicted of the commission of the following felonies:

☐ Additional counts are listed on attachment

———— (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187(A)** | MURDER:SECOND DEGREE | 2018 | 07 /28 /20 | | | X | | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| 1 | PC 12022.53(B) | 10 | | | | | 10 | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Defendant was sentenced to State Prison for an INDETERMINATE TERM as follows:

4. ☐ LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts ————

5. ☐ LIFE WITH THE POSSIBILITY OF PAROLE on counts ————

6. a. ✓ 15 years to Life on counts __1__    c. ☐ ———— years to Life on counts————

   b. ☐ 25 years to Life on counts ————    d. ☐ ———— years to Life on counts————

   PLUS enhancement time shown above

7. ✓ Additional determinate term (see CR-290).

8. ☐ Defendant was sentenced pursuant to ☐ PC 667(b)-(i) or PC 1170.12 ☐ PC 667.61 ☐ PC 667.7 ☐ other *(specify)*:

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Page 1 of 2

CR-292

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: NATHAN RONALD PAPPAS

| STK-CR-2019-4887 -A | -B | -C | -D |
|---|---|---|---|

9. FINANCIAL OBLIGATIONS (plus any applicable penalty assessments):

a. **Restitution Fines:**

Case A: $ 300.00 per PC 1202.4(b) forthwith per PC 2085.5; $ 300.00 per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case B: $_____ per PC 1202.4(b) forthwith per PC 2085.5; $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case C: $_____ per PC 1202.4(b) forthwith per PC 2085.5; $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case D: $_____ per PC 1202.4(b) forthwith per PC 2085.5; $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

b. **Restitution per PC 1202.4(f):**

Case A: $_____   ☑ Amount to be determined   to   ☑ victim(s)*   ☐ Restitution Fund
Case B: $_____   ☐ Amount to be determined   to   ☐ victim(s)*   ☐ Restitution Fund
Case C: $_____   ☐ Amount to be determined   to   ☐ victim(s)*   ☐ Restitution Fund
Case D: $_____   ☐ Amount to be determined   to   ☐ victim(s)*   ☐ Restitution Fund

☑ *Victim name(s), if known, and amount breakdown in item 12, below.   ☐ *Victim name(s) in probation officer's report.

c. **Fines:**

Case A: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes:   ☐ $50 Lab Fee per HS 11372.5(a)   ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case B: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes:   ☐ $50 Lab Fee per HS 11372.5(a)   ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case C: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes:   ☐ $50 Lab Fee per HS 11372.5(a)   ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case D: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes:   ☐ $50 Lab Fee per HS 11372.5(a)   ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

d. **Court Security Fee:** $ 80.00 per PC 1465.8.    e. **Criminal Conviction Assessment:** $ 60.00 per GC 70373.

10. TESTING:   a. ☐ Compliance with PC 296 verified    b. ☐ AIDS per PC 1202.1   c. ☐ other *(specify)*:

11. REGISTRATION REQUIREMENT: ☐ per *(specify code section)*: _____

12. Other orders *(specify)*: $30. SURCHARGE. RESTITUTION PAYABLE TO ESTATE OF    AMOUNT TO BE DETERMINED BY PROBATION. NO FIREARMS, WEAPONS FOR LIFE.
TOTAL TERM IMPOSED IS: 25 YEARS TO LIFE.

13. IMMEDIATE SENTENCING:
☐ Probation to prepare and submit post-sentence report to
CDCR per PC 1203c.
Defendant's race/national origin: WHI _____

14. EXECUTION OF SENTENCING IMPOSED
a. ☑ at initial sentencing hearing
b. ☐ at resentencing per decision on appeal
c. ☐ after revocation of probation
d. ☐ at resentencing per recall of commitment (PC 1170(d).)
e. ☐ other *(specify)*:

15. CREDIT FOR TIME SERVED

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | SEE | CR290 | | [ ] 2933 [ ] 2933.1 [ ] 4019 |
| B | | | | [ ] 2933 [ ] 2933.1 [ ] 4019 |
| C | | | | [ ] 2933 [ ] 2933.1 [ ] 4019 |
| D | | | | [ ] 2933 [ ] 2933.1 [ ] 4019 |

| Date Sentence Pronounced | Time Served in State Institution |
|---|---|
| 10   13   2020 | DMH   CDC   CRC [ ]   [ ]   [ ] |

16. The defendant is remanded to the custody of the sheriff ☐ forthwith  ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to ☐ the reception center designated by the director of the California Department of Corrections and Rehabilitation.
☑ other *(specify)*: DVI - NOT TO BE TRANSPORTED UNTIL 11/10/2020

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE 10/20/2020 |
|---|---|

CR-290 [Rev. January 1, 2012]    **ABSTRACT OF JUDGMENT—PRISON COMMITMENT—INDETERMINATE**    Page 2 of 2

## FELONY ABSTRACT OF JUDGMENT—DETERMINATE
### (NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED)

CR-290

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF:<br>SAN JOAQUIN, STOCKTON | Filed **OCT 2 0 2020**<br>BRANDON E. RILEY, CLERK<br>By _Avelyn Carilla_<br>DEPUTY |

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA vs. DOB: 11/15/2000<br>DEFENDANT:<br>NATHAN RONALD PAPPAS<br>AKA:<br>CII NO: 38020519<br>BOOKING NO.: 1906664    ☐ NOT PRESENT | STK-CR-2019-4887 | -A |
| | | -B |
| | | -C |
| FELONY ABSTRACT OF JUDGMENT    ☐ AMENDED ABSTRACT<br>☑ PRISON COMMITMENT  ☐ COUNTY JAIL COMMITMENT | | -D |

| DATE OF HEARING<br>10/13/2020 | DEPT. NO.<br>8D | JUDGE<br>CHARLOTTE ORCUTT | |
|---|---|---|---|
| CLERK<br>MWILLIS | REPORTER<br>KELLIE GAFF | PROBATION NO. OR PROBATION OFFICER<br>275549 | ☐ IMMEDIATE SENTENCING |
| COUNSEL FOR PEOPLE<br>CAITLIN CASEY | | COUNSEL FOR DEFENDANT<br>RALPH CINGCON | ☑ APPOINTED |

1. Defendant was convicted of the commission of the following felonies:

☐ Additional counts are listed on attachment
_____ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YR.) | JURY | COURT | PLEA | TERM (L, M, U) | CONCURRENT | 1/3 CONSECUTIVE | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (REFER TO item 5) | 654 STAY | SERIOUS FELONY | VIOLENT FELONY | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 664/187(A) | ATTEMPTED MURDER | 2018 | 07 /28 /20 | | | X | M | X | | | | | | | (7) | (0) |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| COUNT | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

3. ENHANCEMENTS charged and found to be true for PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4. Defendant sentenced ☐ to county jail per 1170(h)(1) or (2)

☐ to prison per 1170(a), 1170.1(a) or 1170(h)(3) due to ☐ current or prior serious or violent felony ☐ PC 290 or ☐ PC 186.11 enhancement
☐ per PC 667(b)-(i) or PC 1170.12 (strike prior)

☐ per PC 1170(a)(3). Preconfinement credits equal or exceed time imposed. ☐ Defendant ordered to report to local parole or probation office.

5. INCOMPLETE SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: | | |

7. ☑ Additional indeterminate term (see CR-292).

8. TOTAL TIME: | (7) | (0) |

Attachments may be used but must be referred to in this document.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CR-290 [Rev. July 1, 2012]

**FELONY ABSTRACT OF JUDGMENT—DETERMINATE**

Penal Code,
§ 1213, 1213.5

CR-290

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: NATHAN RONALD PAPPAS

| STK-CR-2019-4887 -A | -B | -C | -D |
|---|---|---|---|

9. FINANCIAL OBLIGATIONS (plus any applicable penalty assessments):

a. Restitution Fines:

Case A: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked. $_____ per PC 1202.44 is now due, probation having been revoked.

Case B: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked. $_____ per PC 1202.44 is now due, probation having been revoked.

Case C: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked. $_____ per PC 1202.44 is now due, probation having been revoked.

Case D: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked. $_____ per PC 1202.44 is now due, probation having been revoked.

b. Restitution per PC 1202.4(f):

Case A: $_____    ☐ Amount to be determined    to    ☐ victim(s)*    ☐ Restitution Fund
Case B: $_____    ☐ Amount to be determined    to    ☐ victim(s)*    ☐ Restitution Fund
Case C: $_____    ☐ Amount to be determined    to    ☐ victim(s)*    ☐ Restitution Fund
Case D: $_____    ☐ Amount to be determined    to    ☐ victim(s)*    ☐ Restitution Fund

☐ *Victim name(s), if known, and amount breakdown in item 13, below.    ☐ *Victim name(s) in probation officer's report.

c. Fines:

Case A: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $___ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case B: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $___ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case C: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $___ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case D: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $___ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

d. Court Operations Assessment: $_____ per PC 1465.8. e. Conviction Assessment: $___ per GC 70373. f. Other: $____ per (specify): _____

10. TESTING: ☐ Compliance with PC 296 verified ☐ AIDS per PC 1202.1 ☐ other (specify):

11. REGISTRATION REQUIREMENT: ☐ per (specify code section): _____

12. ☐ MANDATORY SUPERVISION: Execution of a portion of the defendant's sentence is suspended and deemed a period of mandatory supervision under Penal Code section 1170(h)(5)(B) as follows (specify total sentence, portion suspended, and amount to be served forthwith):

| Total: | | Suspended: | | Served forthwith: | |
|---|---|---|---|---|---|

13. Other orders (specify): NO FIREARMS, WEAPONS FOR LIFE. TOTAL TERM IMPOSED IS: 25 YEARS TO LIFE. ⊞

14. IMMEDIATE SENTENCING: ☐ Probation to prepare and submit a post-sentence report to CDCR per 1203c.
Defendant's race/national origin: WHITE

15. EXECUTION OF SENTENCING IMPOSED
a. ☑ at initial sentencing hearing
b. ☐ at resentencing per decision on appeal
c. ☐ after revocation of probation
d. ☐ at resentencing per recall of commitment (PC 1170(d).)
e. ☐ other (specify):

16. CREDIT FOR TIME SERVED

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 728 | 728 | 0 | [ ] 2933 [ ] 2933.1 [ ] 4019 |
| B | | | | [ ] 2933 [ ] 2933.1 [ ] 4019 |
| C | | | | [ ] 2933 [ ] 2933.1 [ ] 4019 |
| D | | | | [ ] 2933 [ ] 2933.1 [ ] 4019 |

| Date Sentence Pronounced | Time Served in State Institution |
|---|---|
| 10  13  2020 | DMH  CDC  CRC [ ] [ ] [ ] |

17. The defendant is remanded to the custody of the sheriff ☐ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to ☐ the reception center designated by the director of the California Department of Corrections and Rehabilitation ☐ county jail ☑ other (specify): DVI - NOT TO BE TRANSPORTED UNTIL 11/10/2020

CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE 10/20/2020 |
|---|---|

CR-290 [Rev. July 1, 2012]    **FELONY ABSTRACT OF JUDGMENT—DETERMINATE**    Page 2 of 2

## Superior Court of California, County of San Joaquin

## MINUTE ORDER

**Date:** 07/28/2020 09:00 AM
**People of the State of California vs. Nathan Ronald Pappas 11/15/2000**
**Event Type:** Preliminary Hearing

**Case Number:** STK-CR-FE-2019-0004887

**Department:** 8D

**Appearances:** Presiding Judicial Officer: Charlotte Orcutt, Judge. Prosecution appears by Prosecution Attorney, Caitlin Casey. Court Appointed Attorney Ralph Cingcon appears with Defendant, Nathan Ronald Pappas. . Also attending: Vanessa Clayton  Court Reporter; twilliams  Court Clerk.

Defendant present in custody.

Complaint amended as to count 1 a felony violation of PC 187(A) Murder:Second Degree and 1.6  PC 12022.53(B) Used Firearm on motion of DDA.

Defendant advised of charge(s) as amended.

Formal arraignment waived.

Defendant understood, knowingly and voluntarily waived all of the following rights: the privilege against self incrimination, right to a jury trial, right to confront and cross examine witnesses against him.  After questioning the Defendant the Court determined that Defendant understood the nature of the charges, the elements of the offense, the pleas available thereto, the possible defenses thereto, the possible range of penalties and other consequences of plea, including the effect of the admission of any prior conviction.

To a speedy and public preliminary hearing within 10 days.

To testify on his/her own behalf.

To a court trial.

To consequences of conviction pursuant to section 1016.5PC (alien).

Defendant advised of parole consequences.

Court asked if any promises or recommendations had been made to him/her by district attorney or his/her counsel or by anyone else as to what the punishment could or might be.

Court asked defendant if he or she is under the influence of anything that would affect his/her ability to understand what we are doing today.

Defendant entered a plea of Guilty to count(s)  1 PC 187(A) Murder:Second Degree, Felony   2 PC 664/187(A) Attempted Murder, Felony .

Defendant admits enhancement number(s)    1.6 PC 12022.53(B) Used Firearm .

Court finds a factual basis for the plea based on what was recited by people.

The defense attorney concurred with defendant's plea and admission.

The Court found the plea knowledgeable, intelligent and voluntary.

Minute Order

Case Number: STK-CR-FE-2019-0004887                    People of the State of California vs. Nathan Ronald Pappas

Court accepted plea.

Count(s) 1.2, 1.4, 1.8, 1.9, 2.2, 2.4, 2.6, 2.7, 3, 4, , dismissed upon the motion of prosecutor in the interest of justice in view of the plea.

Defendant waives time for sentencing.

Defendant referred to Probation.  Probation Department ordered to prepare Pre-Sentence Report.

Future Court Dates:  Tuesday October 13, 2020 at 9:00 AM in Department 8D for Sentencing; and Franklin Hearing

Defendant ordered present.

Defendant to remain in custody.

Bail remains set at No Bail Allowed.

Prohibited Persons Relinquishment form provided to defendant pursuant to PC 29810(c)(1).

Do not own, purchase, receive, possess, or have under his or her custody or control, any firearms, ammunition, and ammunition feeding devices, including but not limited to magazines.

Probation to obtain relinquishment forms from defendant regarding compliance with firearms relinquishment under PC 29810(c)(1).

Fingerprint form filed.

Court finds defendant had a transfer/fitness hearing and was found unfit as set forth on the record.



THE ANNEXED INSTRUMENT IS A CORRECT COPY
OF THE ORIGINAL ON FILE IN MY OFFICE.
CAUTION: SEAL MUST BE IN PURPLE.

ATTEST      **FEB 1 9 2026**

STEPHANIE BOHRER

Clerk of the Superior Court
in and for the County of
San Joaquin State of California

By _____ Deputy

**GOVERNMENT
EXHIBIT**

CASE
NO.   3:26-cr-49

EXHIBIT
NO.   1