UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NATHAN RONALD PAPPAS, <br><br> Defendant. | Cr. No. 3:26-cr-49 <br><br> **DEFENDANT'S RESPONSE IN OPPOSITION TO CODEFENDANT NYNESSIA HAMM'S MOTION TO CONTINUE TRIAL** |

Defendant above-named, Nathan Ronald Pappas, by and through his undersigned attorney, Assistant Federal Public Defender Rhiannon Gorham, submits this response in opposition to Codefendant Nynessia Hamm's Motion to Continue Trial (Doc. 70), filed May 7, 2026. Mr. Pappas wishes to proceed to trial on June 23, 2026, and proposes a severance for those codefendant(s) that are moving for a continuance of the June 23, 2026, trial date.

Dated this 12th day of May, 2026.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

 */s/   Rhiannon Gorham*
Rhiannon Gorham
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111; Facsimile:  701-239-5098
filinguser_SDND@fd.org