IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 3:26-cr-00049 |
| vs. | ) ) ) | **RESPONSE AND OBJECTION TO MOTION TO CONTINUE TRIAL** |
| Felicia Ann Trotter, | ) ) ) | |
| Defendant. | ) ) | |

## INTRODUCTION

[¶ 1]   On May 7, 2026, a Motion to Continue Trial was filed in Ms. Trotter's case. Doc. 70. This is Ms. Trotter's response and objection to the Motion.

## STATEMENT OF FACTS

[¶ 2]   On March 12, 2026, a seven count Indictment was filed with the Court. Doc. 2. Ms. Trotter was charged in Counts One, Five, Six and Seven, of the Indictment. Id. Ms. Trotter was arrested on March 19, 2026 and has remained in custody since her arrest. Doc. 15.  The Court issued a Criminal Pretrial Order and Jury Trial Notice setting the jury trial for June 23, 2026. Doc. 66.

[¶ 3]   On May 7, 2026, Nynessia Hamm filed a Motion to Continue Trial. Doc. 70. On May 12, 2026, Nathan Pappas filed a response in opposition to the motion to continue. Doc. 71. Ms. Trotter files this response and objection to the continuance of her trial.

## LAW AND ARGUMENT

**I.   The Court should deny the Motion to Continue Trial.**

[¶ 4]   "District courts have broad discretion when ruling on requests for continuances." United States v. Jones, 643 F.3d 275, 277 (8th Cir. 2011). "Continuances generally are **not favored** and

should be granted only when the party requesting one has shown a compelling reason." Id. (Emphasis added) *see also* United States v. Woods, 642 F.3d 640, 644 (8th Cir. 2011); United States v. Hawthorne, 414 Fed. Appx. 879, 881 (8th Cir. 2011).

[¶ 5]    The Sixth Amendment to the United States Constitution guarantees an accused the right to a speedy trial. U.S. Const. amend. VI; *See also* Barker v. Wingo, 407 U.S. 514, 530 (1972). The Sixth Amendment right "attaches at the time of arrest or indictment, whichever comes first, and continues until the trial commences." United States v. Aldaco, 477 F.3d 1008, 1019 (8th Cir. 2007). "On its face, the Speedy Trial Clause is written with such breadth that, taken literally, it would forbid the government to delay the trial of an 'accused' for any reason at all." Doggett v. United States, 505 U.S. 647, 651 (1992).

[¶ 6]    Further, "Under the Speedy Trial Act (Act), a federal criminal defendant must be brought to trial within seventy days of his indictment or arraignment (whichever is later)."Aldaco, 477 at 1016. "Certain days, however, may be excluded from the seventy-day calculation." Id. "After these days are excluded, if the total number of non-excludable days exceeds seventy, then the district court must dismiss the indictment upon the defendant's motion." Id. at 1016-1017.

[¶ 7]    Ms. Trotter has both a constitutional and statutory right to a speedy trial. Ms. Trotter is invoking her right to a speedy trial and opposes any and all continuances. Further, Ms. Trotter does not believe that good cause has been shown to justify the continuance. Ms. Trotter objects to the motion to continue filed by Hamm. Ms. Trotter joins Pappas' response in opposition and requests that the Court maintain the June 23, 2026 trial date. Alternatively, Ms. Trotter would join Pappas' request to have the codefendant(s) severed who are moving for a continuance of the June 23, 2026 date.

## **CONCLUSION**

[¶ 8]   As such, Ms. Trotter requests that the Court **DENY** the Motion to Continue Trial. Alternatively, the Court should sever the codefendant(s) requesting a continuance from Ms. Trotter's case and allow her jury trial to proceed as scheduled. *See* United States v. Sanders, 563 F.2d 379, 382 (8th Cir. 1977)("Rule 14 authorizes the trial court to grant relief from joinder, even if it is technically proper under Rule 8, if it appears that a defendant or the government is prejudiced by a joinder of offenses or of defendants in an indictment or information or by such joinder for trial together).

Dated this 12th day of May, 2026.

Digitally signed by
Adam Justinger
Date: 2026.05.12
14:23:39 -05'00'

Adam Justinger (ND ID #08635)
SW&L Attorneys
4627 44th Avenue South, Suite 108
Fargo, North Dakota 58104
Telephone: (701) 297-2890
Fax: (701) 297-2896
adam.justinger@swlattorneys.com
ATTORNEYS FOR DEFENDANT