SEALED,Restraint_None

# United States District Court
## District of Nevada (Reno)
## CRIMINAL DOCKET FOR CASE #: 3:26-mj-00068-CSD-1 *SEALED*
## Internal Use Only

Case title: USA v. SEALED                                    Date Filed: 06/17/2026

Other court case number:  3:26-cr-00049-PDW District of North
                          Dakota (Eastern)

---

Assigned to: Magistrate Judge Craig S.
Denney

**Defendant (1)**

**Michael Andrew Glaros**                 represented by   **Christopher P. Frey**
                                                          Federal Public Defender
                                                          200 S. Virginia Street
                                                          Suite 340
                                                          Reno, NV 89501
                                                          775-321-8451
                                                          Fax: 702-388-6261
                                                          Email: chris_frey@fd.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: FPD*

**Pending Counts**                                        **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                            **Disposition**

21 USC 841(a)(1); 841(b)(1)(A)(viii);
841(b)(1)(B)(viii); 846; 18 USC 1956(h), 2

---

**Plaintiff**

**USA**                                        represented by  **Randolph J St Clair**
United States Attorney's Office
400 South Virginia St., Ste. 900
Suite 900
Reno, NV 89501
775-784-5438
Email: Randy.StClair@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: USA*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2026 | | Case assigned to Magistrate Judge Craig S. Denney. (AB) (Entered: 06/17/2026) |
| 06/17/2026 | 🔒 1 | Rule 5(c)(3) Documents Received as to Michael Andrew Glaros. Documents received from District of North Dakota include Superseding Indictment, Arrest Warrant. District of North Dakota Case No. 3:26-cr-00049. (Attachments: # 1 Arrest Warrant)(DRM) (Entered: 06/17/2026) |
| 06/17/2026 | 2 | **SEALED** MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Michael Andrew Glaros held on 6/17/2026 before Magistrate Judge Craig S. Denney. Crtrm Administrator: *AB*; AUSA: *Randy St. Clair*; Def Counsel: *Chris Frey*; PTS: *Jessica Favela*; Court Reporter/Recorder: *Liberty Court Recorder*; Recording start and end times: *3:02:46 p.m. - 3:41:32 p.m.*; Courtroom: *2*.<br><br>Defendant Glaros is present. Financial Affidavit filed. The Federal Public Defender's Office is appointed as defense counsel. Attorney Christopher P. Frey for Michael Glaros is added. Defendant Glaros submits for filing the following: 1) Assertion of Fifth and Sixth Amendment Rights, 2) Assertion of Right to be Present in Court Unshackled and Preservation of Appellate Rights, 3) Waiver of Preliminary Hearing, and 4) Waiver of Rule 5 & 5.1 Hearings. The Court finds that Defendant Glaros has knowingly and voluntarily waived his right to an identity hearing and production of the arrest warrant in this case. ORDERED Defendant Glaros is identified as the named defendant in the indictment and is held to answer in the District of North Dakota (Eastern). The Court issues an oral order to the parties confirming the United States' *Brady* obligations.<br><br>Detention Hearing held. Counsel present arguments. The Court finds that Defendant Glaros presents a risk of nonappearance and a danger to the community. Defendant Glaros is remanded to custody for transportation by the U.S. Marshals Service.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - AB) (Entered: 06/18/2026) |
| 06/17/2026 | 🔒🔒 3 | *SEALED* **SEALED** FINANCIAL AFFIDAVIT as to Michael Andrew Glaros. (GA) (Entered: 06/18/2026) |
| 06/17/2026 | 4 | ORDER APPOINTING COUNSEL as to Michael Andrew Glaros. FPD appointed as counsel for Defendant. Subpoenas issued upon request, with exception to out-of-state subpoenas which will require court approval. Signed by |

| | | |
|---|---|---|
| | | Magistrate Judge Craig S. Denney on 6/17/2026. (Copies have been distributed pursuant to the NEF - GA) (Entered: 06/18/2026) |
| 06/17/2026 | 5 | NOTICE of Assertion of Fifth and Sixth Amendment Rights as to Michael Andrew Glaros. (GA) (Entered: 06/18/2026) |
| 06/17/2026 | 6 | NOTICE of Assertion of Right to be Present in Court Unshackled and Preservation of Appellate Rights as to Michael Andrew Glaros. (GA) (Entered: 06/18/2026) |
| 06/17/2026 | 7 | WAIVER of Rule 5 & 5.1 Hearings by Michael Andrew Glaros. (GA) (Entered: 06/18/2026) |
| 06/17/2026 | 8 | WAIVER of Preliminary Hearing by Michael Andrew Glaros (GA) (Entered: 06/18/2026) |
| 06/17/2026 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Michael Andrew Glaros. Defendant committed to Eastern District of North Dakota. Signed by Magistrate Judge Craig S. Denney on 6/17/2026. (Copies have been distributed pursuant to the NEF - GA) (Entered: 06/18/2026) |
| 06/18/2026 | 🔒 | (Court only) ***Staff Notes: Encrypted copies of ECF Nos. 2, 4 , 5 , 6 , 7 , 8 , and 9 emailed to counsel per protocol. Encrypted copy of ECF No. 9 Commitment to Another District emailed to USMS for transport. (AB) (Entered: 06/18/2026) |
| 06/18/2026 | 10 | TRANSMITTAL - to Clerk of District of North Dakota (Eastern). Your File No.: 3:26-cr-00049-PDW. (GA) (Entered: 06/18/2026) |